IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARYLE M. DUNCAN,<br><br>    Petitioner,<br><br>vs.<br><br>DIANE SABATKA-RINE,<br><br>    Respondent. | 8:22CV122<br><br>**MEMORANDUM AND ORDER** |

On March 20, 2023, Petitioner filed a Motion for Evidentiary Hearing, Filing No. 20, and attached affidavits and exhibits that Petitioner clearly seeks to have the Court consider in ruling on Respondent's pending Motion for Summary Judgment, Filing No. 8. Rule 7(c) of the Rules Governing Section 2254 Cases in the United States District Courts provides that "[t]he judge must give the party against whom the additional materials are offered an opportunity to admit or deny their correctness." Accordingly,

IT IS ORDERED that:

1. Respondent shall have until April 21, 2023, to file and serve a brief in response to Petitioner's Motion for Evidentiary Hearing, Filing No. 20, in accordance with Rule 7(c) of the Rules Governing Section 2254 Cases.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **April 21, 2023**: deadline for Respondent's brief.

Dated this 22nd day of March, 2023.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge