IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARYLE M. DUNCAN,<br><br>        Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>        Respondent. | 8:22CV122<br><br>ORDER |

This matter is before the Court on what the Court construes as Petitioner's Motion for Leave to Appeal in Forma Pauperis. Filing No. 28. Petitioner filed a Notice of Appeal, Filing No. 27, on October 24, 2023. Petitioner appeals from the Court's Memorandum and Order and Judgment dated September 19, 2023. Filing Nos. 25 & 26. Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the Court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis, Filing No. 28, is granted.

Dated this 24th day of October, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge